IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SANFRANCISCO

ERIC L CREASE )
)
IN PRO SE )
433 PHOENIX CIRCLE )
VALLEJO CA 94589 )
)
)
)
ERIC L CREASE )
    PLAINTIFF )
VS )
) CIVIL ACTION NO:
) 3:11-CV-01374-EMC
MICHEAL ASTRU ) MOTION FOR AN EXTENTION
) OF TIME
COMMISSONER OF )
SOCIAL SECURITY )
)
    DEFENDANT )

I am a pro se plaintiff, and I am seeking a time extention in the proceedings

As this case is very overwhelming at this stage, I believe that I am going to

Need help, with the proper way to file paper work, as per rules of civil procedures.

And I would ask please, that the court excepts this motion, as I submit it to the best

Of my ability.

I state under the penalty of perjury, that what I am submitting as my motion for a time extention

Is true, and complete, as far as I know.

Dated: September 13, 2011

                                                       ERIC CREASE

IT IS SO ORDERED that plaintiff shall have until 10/21/11 to file his motion for summary judgment. Plaintiff is also encouraged to contact the Legal Help Center at (415) 782-9000 Extension 8657 for free legal advice.

IT IS SO ORDERED
MODIFIED

_____
Edward M. Chen, U.S. District Judge