IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SANFRANCISCO

ERIC L CREASE )
)
) RECEIVED        FILED
IN PRO SE ) SEP 19 2011     SEP 1 9 2011
433 PHOENIX CIRCLE )                RICHARD W. WIEKING
VALLEJO CA 94589 )                CLERK, U.S. DISTRICT COURT
)                NORTHERN DISTRICT OF CALIFORNIA
)
)
)
ERIC L CREASE )
    PLAINTIFF
VS )
)           CIVIL ACTION NO:
)           3:11-CV-01374-EMC
MICHEAL ASTRU )
            MOTION FOR AN EXTENTION
            OF TIME
COMMISSONER OF )
SOCIAL SECURITY )
)
    DEFENDANT )

I am a pro se plaintiff, and I am seeking a time extention in the proceedings

As this case is very overwhelming at this stage, I believe that I am going to

Need help, with the proper way to file paper work, as per rules of civil procedures.

And I would ask please, that the court excepts this motion, as I submit it to the best

Of my ability.

I state under the penalty of perjury, that what I am submitting as my motion for a time extention

Is true, and complete, as far as I know.

*Eric L. Crease*
ERIC CREASE

Dated: September 13, 2011

IT IS SO ORDERED that plaintiff shall have until 10/21/11 to file his motion for summary judgment. Plaintiff is also encouraged to contact the Legal Help Center at (415) 782-9000 Extension 8657 for free legal advice.

_____
Edward M. Chen, U.S. District Judge

IT IS SO ORDERED
MODIFIED