1 Eric L. Crease
433 Phoenix circle
2 Vallejo, ca. 94589
In pro se
3 707 342-9720 Telephone

4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA

8 Eric crease ) Case No.: 3-11-cv-01374-emc
9 )
Plaintiff, ) Motion for an extension of time
10 ) ORDER
vs. )
11 )
Micheal Astrue )
12 )
Commissioner of social security )
13 )
Defendant
14 _____

16 Dear your honor sir! I am asking once again for one more time extension, as I am very
17 close to getting my last motion for summary judgement finished. I was really counting
18 on a law firm picking up my case, now to deal with the legal help center, one has to
19 file a paper request and be scheduled for an appointment. The legal research that is
20 required to file such a case on my own, I get a lot of help form people as they come
21 along, or as I come across these people. I wish to have this case move along however I
22 just need a little more time to move forward, I am actually just one exhibit away.
23 Please bare with me.
24 I state under the penalty of perjury, that the forgoing is true and correct to the
25 best of my abilities. I am scheduled to see my psychiatrist on the 19th of this month
26 where I will get my last exhibit, and be able to move forward from there. I ask for an
27 extention until February 1st. Thank you.

Dated: 1/11/2012                                                          Eric Crease

28 IT IS SO ORDERED that Plaintiff shall have until 2/1/12 to file his reply.

_____
Edward M. Chen                                    [Summary of pleading] - 1
U.S. District Judge