Eric L. Crease
433 Phoenix circle
Vallejo, ca. 94589
In pro se
707 342-9720 Telephone

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric crease )  Case No.: 3-11-cv-01374-emc
          )
    Plaintiff, )  Motion for an extension of time
          )   ORDER
  vs.     )
          )
Micheal Astrue )
          )
Commissioner of social security )
          )
    Defendant

Dear your honor sir! I am asking once again for one more time extension, as I am very close to getting my last motion for summary judgement finished. I was really counting on a law firm picking up my case, now to deal with the legal help center, one has to file a paper request and be scheduled for an appointment. The legal research that is required to file such a case on my own, I get a lot of help form people as they come along, or as I come across these people. I wish to have this case move along however I just need a little more time to move forward, I am actually just one exhibit away. Please bare with me.

I state under the penalty of perjury, that the forgoing is true and correct to the best of my abilities. I am scheduled to see my psychiatrist on the 19th of this month where I will get my last exhibit, and be able to move forward from there. I ask for an extention until February 1st. Thank you.

Dated: 1/11/2012                                           Eric Crease

IT IS SO ORDERED that Plaintiff shall have until 2/1/12 to file his reply.

_____
Edward M. Chen                        [Summary of pleading] - 1
U.S. District Judge